IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ANDREW K. REEVES,** | ) | **CASE NO. 8:04CV56** |
| | ) | |
| **Plaintiff,** | ) | |
| vs. | ) | |
| | ) | |
| **AIRLITE PLASTICS COMPANY,** | ) | |
| **a Nebraska Corporation, THE 401(k)PLAN** | ) | |
| **AND EMPLOYEES TRUST OF AIRLITE** | ) | |
| **PLASTICS COMPANY, PLAN NO. 002,** | ) | **ORDER** |
| **REVISION 2001, THE 401(k) PLAN AND** | ) | |
| **EMPLOYEES TRUST OF AIRLITE PLASTICS** | ) | |
| **COMPANY, PLAN NO. 002, REVISION 2001** | ) | |
| **ADMINISTRATIVE COMMITTEE,** | ) | |
| and the Administrative Committee's common | ) | |
| **Committee Members:** | ) | |
| **BRADLEY J. CROSBY,** | ) | |
| **LACLAIR N. DUIMSTRA AND** | ) | |
| **JOHN C. OTTO** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court upon the Defendants' motion for an extension of time in which to file a brief in reply to Plaintiff's brief in opposition to Defendants' motion for summary judgment. The motion is not opposed, and I find that it should be granted.

IT IS ORDERED:

1. Defendants' Motion for an Extension of Time (Filing No. 78) is granted; and
2. Defendants shall file their brief in reply to Plaintiff's brief in opposition to Defendants' motion for summary judgment on or before Friday, August 12, 2005.

Dated this 4th day of August, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge